IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA N SADAT, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-00416-CRB<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE AMICUS BRIEF AS MOOT** |

Because Plaintiffs have withdrawn their motion for a preliminary injunction, see (dkt. 49), the Brennan Center for Justice at NYU Law's motion for leave to file an amicus brief (dkt. 45) is denied as moot.

**IT IS SO ORDERED.**

Dated: April 8, 2021

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　United States District Judge