| | |
|---|---|
| Abigail P. Barnes (Bar No. 313809)<br>Amy S. Heath (Bar No. 312516)<br>COVINGTON & BURLING LLP<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone: +1 (415) 591-6000<br>Facsimile: +1 (415) 591-6091<br>Email: abarnes@cov.com, aheath@cov.com | Stephen McCoy Elliott<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>1100 L St., N.W.<br>Washington, DC 20530<br>Telephone: 202-353-0889<br>Email: stephen.m.elliott@usdoj.gov<br><br>*Attorney for Defendants* |

Trisha B. Anderson*
David M. Zionts*
Alexander N. Ely*
Diana Lee*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: +1 (202) 662-6000
Facsimile: +1 (202) 662-6291
Email: tanderson@cov.com, dzionts@cov.com,
aely@cov.com, dlee@cov.com

Scarlet Kim*
Dror Ladin*
Hina Shamsi*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: +1 (212) 549-2660
Email: scarletk@aclu.org, dladin@aclu.org,
hshamsi@aclu.org

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA N. SADAT; K. ALEXA KOENIG; NAOMI ROHT-ARRIAZA; and STEVEN M. WATT,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; ANTONY J. BLINKEN, in his official capacity as Secretary of State; U.S. DEPARTMENT OF THE TREASURY; JANET L. YELLEN, in her official capacity as Secretary of the Treasury; U.S. DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General; | Civil Case No.: 3:21-cv-00416-CRB<br><br>**STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)** |

OFFICE OF FOREIGN ASSETS CONTROL; and
BRADLEY T. SMITH, in his official capacity as Acting Director of the Office of Foreign Assets Control,

    Defendants.[1]

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants (collectively, the "Parties") hereby stipulate as follows:

## STIPULATION

**WHEREAS**, on January 15, 2021, Plaintiffs filed a complaint, Dkt. No. 1, commencing the above-captioned action (the "Action") against Defendants;

**WHEREAS**, the Action challenges the lawfulness of Executive Order 13,928 (the "Executive Order"), the designations of Ms. Fatou Bensouda and Mr. Phakiso Mochochoko pursuant to the Executive Order (the "Designations"), and the regulations implementing the Executive Order, 31 C.F.R. §§ 520.101 *et seq.* (the "Regulations"), and seeks "a declaration invalidating the Executive Order and its implementation, and an order enjoining Defendants from implementing or enforcing the Executive Order and from enforcing IEEPA's civil or criminal penalty provisions against Plaintiffs," *see* Dkt. No. 1, ¶ 6;

**WHEREAS**, on March 12, 2021, Plaintiffs filed a motion for preliminary injunction (and supporting declarations), Dkt. No. 42, seeking a preliminary injunction "prevent[ing] Defendants . . . from imposing civil or criminal penalties on Plaintiffs, their students, support staff, and others working with them at their respective institutions in support of the International Criminal Court . . . and the [International Criminal Court's] Office of the Prosecutor . . . , specifically for violating sanctions imposed by Defendants on the Prosecutor of the ICC, Ms. Fatou Bensouda, and the director of the OTP's Jurisdiction, Complementarity and Cooperation Division, Mr. Phakiso Mochochoko," *see* Dkt. No. 42, at 1;

**WHEREAS**, on April 1, 2021, President Joseph R. Biden, Jr. issued Executive Order 14,022, which terminated the national emergency declared in the Executive Order and revoked that order;

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the Defendants originally named in this action have been substituted with the names of their successors in office.

**WHEREAS**, Section 2 of Executive Order 14,022 states that "termination of the national emergency declared in Executive Order 13928 shall not affect any action taken or proceeding pending not finally concluded or determined as of the date of this order, any action or proceeding based on any act committed prior to the date of this order, or any rights or duties that matured or penalties that were incurred prior to the date of this order";

**WHEREAS**, despite the fact that the revocation of the Executive Order does not affect "any action or proceeding based on any act committed prior to the date of this order," Defendants do not intend to, and will not enforce IEEPA's penalty provisions against Plaintiffs for any of the conduct described in Plaintiffs' complaint, Plaintiffs' motion for preliminary injunction, or the declarations filed in support of Plaintiffs' motion for preliminary injunction;

**WHEREAS**, on April 8, 2021, Plaintiffs withdrew their motion for preliminary injunction, *see* Dkt. No. 49;

**WHEREAS**, the Court has not issued a final judgment in this Action;

**IT IS HEREBY STIPULATED AND AGREED** by and among the Parties, by and through their respective undersigned counsel, that:

1. This Action is hereby dismissed without prejudice, with each party to bear its own costs, expenses, and fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. Counsel for Plaintiffs will file this Stipulation of Dismissal via the ECF system on behalf of all parties.

3. Upon entry of this Stipulation on the docket of the Court, this case shall be closed.

| | | |
|---|---|---|
| 1 | DATED: May 24, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ Trisha B. Anderson |
| 4 | | Abigail P. Barnes (Bar No. 313809)<br>Amy S. Heath (Bar No. 312516)<br>COVINGTON & BURLING LLP |
| 5 | | 415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533 |
| 6 | | Telephone: +1 (415) 591-6000<br>Facsimile: +1 (415) 591-6091 |
| 7 | | Email: abarnes@cov.com, aheath@cov.com |
| 8 | | Trisha B. Anderson*<br>David M. Zionts* |
| 9 | | Alexander N. Ely*<br>Diana Lee* |
| 10 | | COVINGTON & BURLING LLP<br>One CityCenter |
| 11 | | 850 Tenth Street, NW<br>Washington, DC 20001-4956 |
| 12 | | Telephone: +1 (202) 662-6000<br>Facsimile: +1 (202) 662-6291 |
| 13 | | Email: tanderson@cov.com, dzionts@cov.com,<br>aely@cov.com, dlee@cov.com |
| 14 | | |
| 15 | | Scarlet Kim*<br>Dror Ladin* |
| 16 | | Hina Shamsi*<br>AMERICAN CIVIL LIBERTIES FOUNDATION |
| 17 | | 125 Broad Street, 18th Floor<br>New York, NY 10004 |
| 18 | | Telephone: +1 (212) 549-2660<br>Email: scarletk@aclu.org, dladin@aclu.org, |
| 19 | | hshamsi@aclu.org |
| 20 | | *Admitted Pro Hac Vice |
| 21 | | Attorneys for Plaintiffs |
| 22 | | By: /s/ Stephen McCoy Elliott |
| 23 | | Stephen McCoy Elliott |
| 24 | | U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch |
| 25 | | 1100 L St., N.W.<br>Washington, DC 20530 |
| 26 | | Telephone: 202-353-0889<br>Email: stephen.m.elliott@usdoj.gov |
| 27 | | *Attorney for Defendants* |
| 28 | | |

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I, Trisha B. Anderson, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: May 24, 2021 By: /s/ Trisha B. Anderson
Trisha B. Anderson